1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JOHN ROBERT DEMOS, JR.,

                    Petitioner,

     v.

STATE OF WASHINGTON,

                    Respondent.

No.  2:22-CV-545-RAJ-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)    The Court **adopts** the Report and Recommendation.

(2)    This case is **dismissed without prejudice**.

(3)    Petitioner's IFP motion (Dkt. 1) is **denied as moot**.

(4)    A certificate of appealability is **denied**.

ORDER ADOPTING REPORT AND RECOMMENDATION- 1

(5) The Clerk is directed to **close** this case and **send** copies of this Order to Petitioner, counsel for Respondent, and to the Hon. David W. Christel.

DATED this 18th day of May, 2022.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 2